**Order entered October 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01287-CV

## IN RE JOAN L. GILLHAM, Relator

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02868-2013**

# ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of

mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/      ROBERT M. FILLMORE
JUSTICE